PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00033-NODJ-BAM |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | Hearing Date: April 4, 2024 |
| ADOLFO SANTA CRUZ ALVAREZ, | Hearing Time: 2:00 p.m. |
| Defendant. | |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Adolfo Santa Cruz Alvarez

Detained at (custodian):    Nevada Southern Detention Center

Detainee is:

a.)    ☒ charged in this district by:    [X] Indictment    ☐ Information    ☐ Complaint

charging detainee with <u>21 U.S.C. § 841, 846 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances</u>

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ ] return to the custody of detaining facility upon termination of proceedings or

WRIT OF HABEAS CORPUS                                    1

1     b.)    [ x ] be retained in federal custody until final disposition of federal charges.

2    Appearance IN PERSON is necessary on **April 4, 2024, at 2:00 p.m.** in the Eastern District of California.

     Dated: March 25, 2024

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name: | Justin J. Gilio |
| Attorney of Record for: | United States of America |

IT IS SO ORDERED.

Dated: **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE

WRIT OF HABEAS CORPUS      2

# **WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on April 4, 2024***, for an in person appearance at ***2:00 p.m*** and the detainee shall be retained in federal custody until final disposition of federal charges.

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male ☐ Female | |
| USMS #: | | DOB: | 2001-08-11 |
| Facility Address: | 2190 E Mesquite Ave, Pahrump, NV 89060 | Race: | |
| Facility Phone: | (775) 751-4500 | FBI#: | 67X76LD5T |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)