PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 27, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADOLFO SANTA CRUZ ALVAREZ, <br><br> Defendant. | CASE NO. 1:24-CR-00033-NODJ-BAM <br><br> APPLICATION FOR WRIT OF HABEAS CORPUS <br><br> Hearing Date: April 4, 2024 <br> Hearing Time: 2:00 p.m. |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Adolfo Santa Cruz Alvarez

Detained at (custodian):    Otay Mesa Detention Center

Detainee is:

a.)    ☒ charged in this district by:        [X] Indictment        ☐ Information  ☐ Complaint

charging detainee with 21 U.S.C. § 841, 846 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ ] return to the custody of detaining facility upon termination of proceedings or

b.)     [ x ] be retained in federal custody until final disposition of federal charges.

Appearance IN PERSON is necessary on **April 4, 2024, at 2:00 p.m.** in the Eastern District of California.

Dated:  March 27, 2024

Signature:              /s/ Justin J. Gilio

Printed Name:           Justin J. Gilio

Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on April 4, 2024***, for an in-person appearance at ***2:00 p.m*** and the detainee shall be retained in federal custody until final disposition of federal charges.

Dated: **Mar 27, 2024**

*signature*
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒ Male  ☐ Female |
| USMS #: | | DOB: 2001-08-11 |
| Facility Address: | 7488 Calzada de la Fuente San Diego, CA 92154 | Race: |
| Facility Phone: | (619) 671-8700 | FBI#: 67X76LD5T |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on: _____    _____
(signature)

WRIT OF HABEAS CORPUS                3