| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JUSTIN J. GILIO<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00033-NODJ-BAM |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER |
| v. | |
| ADOLFO SANTACRUZ ALVAREZ, | |
| Defendant. | |

On April 4, 2024, Defendant Adolfo Alvarez made his initial appearance in the Eastern District of California and was arraigned on the Second Superseding Indictment. Doc. 52. He was ordered released on conditions of pretrial supervision. *Id.* Shortly thereafter, the government learned that Mr. Adolfo Alvarez was deported to Mexico based on a pending immigration case. Thus, the United States of America, by and through its undersigned counsel, hereby moves for dismissal, without prejudice, of the charges against Mr. Adolfo Alvarez in the Second Superseding Indictment.

Dated: May 31, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED THAT the charges against Mr. Adolfo Alvarez in the Second Superseding Indictment are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **May 31, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE